UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 14467

   JESSIE A LESURE
   CRYSTAL L LESURE                             CHAPTER 13

                        JUDGE: JACK B SCHMETTERER
       Debtor
   SSN XXX-XX-7670    SSN XXX-XX-8520

--------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
   The case was filed on 06/05/2008 and was not confirmed.

   The case was dismissed without confirmation 10/15/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SANTANDER CONSUMER USA | SECURED VEHIC | 22058.00 | .00 | 400.00 |
| SANTANDER CONSUMER USA | UNSECURED | 3209.88 | .00 | .00 |
| GREATER CHICAGO FINANCE | SECURED NOT I | .00 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1600.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 246.14 | .00 | .00 |
| WOW INTERNET & CABLE SER | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST/CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| WESTSIDE PATHOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | NOT FILED | .00 | .00 |
| LEBEKKENS | UNSECURED | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SVC LLC | UNSECURED | 320.00 | .00 | .00 |
| REGIONAL MEDICAL CENTER | UNSECURED | 668.06 | .00 | .00 |
| BELL SOUTH | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 989.25 | .00 | .00 |
| ECMC | UNSECURED | 9330.20 | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BELLWOOD | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| BELLSOUTH REGIONAL BKCY | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE/UTB | UNSECURED | NOT FILED | .00 | .00 |
| WEST SIDE EMERGENCY PHYS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| RENT A CENTER | NOTICE ONLY | NOT FILED | .00 | .00 |
| ZENITRAM REAL ESTATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 424.41 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1331.83 | .00 | .00 |
| CRYSTAL LESURE | NOTICE ONLY | NOT FILED | .00 | .00 |

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 14467 JESSIE A LESURE & CRYSTAL L LESURE

```
IL STATE DISBURSEMENT UN  DSO ARREARS    NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       1058.48            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,354.00                       617.32
TOM VAUGHN                TRUSTEE                                        82.68
DEBTOR REFUND             REFUND                                          .00
```

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,100.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 400.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 617.32 |
| TRUSTEE COMPENSATION | | 82.68 |
| DEBTOR REFUND | | .00 |
| TOTALS | 1,100.00 | 1,100.00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/27/09              /s/ Tom Vaughn
                                 _____

                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE